# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JAEDON EVANS,<br>    Defendant. | Case No. 14-cr-00093-JSW-3<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER OF RELEASE**<br><br>Re: Dkt. No. 337 |

On August 7, 2018, the parties appeared before the Court upon the Government's appeal of Magistrate Judge Beeler's order releasing the Defendant pending resolution of the proceedings relating to allegations that Defendant violated conditions of his supervised release.

For the reasons set forth on the record, the Court AFFIRMS Magistrate Judge Beeler's Order. Magistrate Judge Beeler ordered that Defendant's mother, Shawna York, would be required to sign a bond form to act as surety and custodian but required the parties to confer on the amount of the unsecured bond. The Court adds the condition that the amount of the unsecured bond shall be $50,000.00.

As set forth on the record, Counsel, Defendant, and Ms. York shall appear before Magistrate Judge Beeler on August 9, 2018 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: August 8, 2018

_____
JEFFREY S. WHITE
United States District Judge